Fill in this information to identify the case:

United States Bankruptcy Court for the:
_____ District of Hawaii
                    (State)
Case number (If known): _____ Chapter 11

☐ Check if this is an
  amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    Celeste Adrian MD, LLC

2. **All other names debtor used in the last 8 years**    Stellar Women's Health Specialists

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    4 5 - 4 6 7 5 0 9 0

4. **Debtor's address**

   **Principal place of business**
   30 N. Church Street, Suite 300
   Number    Street

   Wailuku         HI        96793
   City            State     ZIP Code

   Maui
   County

   **Mailing address, if different from principal place of business**
   _____
   Number    Street

   _____
   P.O. Box

   _____
   City      State     ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street

   _____
   City      State     ZIP Code

5. **Debtor's website** (URL)    _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  Celeste Adrian MD, LLC                          Case number (if known) _____
         Name

7. **Describe debtor's business**

   A. *Check one:*

   ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   6 2 1 1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply:*

      ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
              District _____  When _____  Case number _____
                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
               District _____  When _____
                                          MM / DD / YYYY
               Case number, if known _____

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 2

U.S. Bankruptcy Court - Hawaii   #16-00266   Dkt # 1   Filed 03/16/16   Page 2 of 14

| Debtor | Celeste Adrian MD, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City                          State       ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Celeste Adrian MD LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/09/2016
MM / DD / YYYY

X _/s/ C. Adrian MD_
Signature of authorized representative of debtor

Celeste Adrian MD
Printed name

Title  Owner/Sole Member of LLC

**18. Signature of attorney**

X _/s/ Jerrold K. Guben_     Date 03/16/2016
Signature of attorney for debtor       MM / DD / YYYY

Jerrold K. Guben
Printed name

O'Connor Playdon & Guben LLP
Firm name

733 Bishop Street, Suite 2400
Number   Street

Honolulu                          Hawaii     96813
City                              State      ZIP Code

(808) 524-8350                    jkg@opglaw.com
Contact phone                     Email address

3107                              Hawaii
Bar number                        State

U.S. Bankruptcy Court - Hawaii   #16-00266   Dkt # 1   Filed  03/16/16   Page 4 of 14

# CELESTE ADRIAN MD, LLC
## a Hawaii limited liability company

WHEREAS, the undersigned, as the sole Member of CELESTE ADRIAN MD, LLC, a Hawaii limited liability company (the "Company"), at a meeting held on March  9 , 2016, upon decision of the Member of the Company, and upon the recommendation of the Company's professional advisors, has determined that is desirable, fair, reasonable, and in the best interest of the Company and the Company's creditors, stockholders and other interested parties for the Company to file a petition seeking relief under the provisions of Chapter 11 of Title 11, United States Code ("Bankruptcy Code").

NOW, THEREFORE, BE IT

1. <u>Filing and Prosecution of Bankruptcy Case</u>.

RESOLVED, that it is desirable and in the best interests of the Company and its creditors, and other interested parties to authorize the Member to cause to be filed a petition in the name of the Company ("Chapter 11 Petition") seeking relief under the provisions of Chapter 11 of the Bankruptcy Code ("Chapter 11 case"); and it is further

RESOLVED, that the Member be, and each hereby is, authorized and directed to execute the Chapter 11 Petition and to cause the same to be filed in the United States Bankruptcy Court for the District of Hawaii ("Bankruptcy Court"), in such form and at such time as such officer(s) shall determine; and it is further

RESOLVED, that the Member be, and each hereby is, authorized and directed to take all actions necessary to restructure the financial affairs of the Company, including causing to be filed in the bankruptcy case a Disclosure Statement and a Plan of Reorganization ("Plan"), and to seek confirmation of the Plan by the Bankruptcy Court, with such amendments as may be required by the Bankruptcy Court; and it is further

RESOLVED, that the Member be, and each hereby is, authorized to execute and file (or direct others to do so on behalf of the Company as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith, to employ and retain all assistance by legal counsel,

accountants or other professionals and to take any and all action which they deem necessary and proper in connection with the Chapter 11 case.

2. Employment of Professionals.

RESOLVED, that the law firm of O'Connor Playdon & Guben LLP hereby is employed as bankruptcy counsel for the Company in the Chapter 11 case, and the Member of the Company is hereby authorized and directed to execute appropriate agreements, upon the filing of a Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of O'Connor Playdon & Guben LLP; and it is further

RESOLVED, that the Member of the Company be, and they hereby, authorized and directed to retain any other firm as professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Member of the Company is hereby authorized and directed to execute appropriate agreements and cause to be filed an appropriate application for authority to retain the services of such firm; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by its Member to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

3. General Authorizing, Resolution.

RESOLVED, that the Member be, shall have full authority to act and is authorized and directed, on behalf of the Company, under the Company's seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as any such officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete a Chapter 11 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and it is further

RESOLVED, that all authorized actions, transactions, or agreements undertaken prior to the adoption of these resolutions by any the Member of the

U.S. Bankruptcy Court - Hawaii  #16-00266  Dkt # 1  Filed 03/16/16  Page 6 of 14

Company on behalf of the Company in connection with the foregoing matters are hereby authorized, approved, ratified, confirmed and adopted as the acts of the Company; and it is further

RESOLVED, that the Member be, and each of them hereby is, authorized, empowered and directed to certify and attest any documents or materials which they deem necessary, desirable or appropriate to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other officer or the affixing of any seal of the Company.

4. Designation of Responsible Person.

RESOLVED, that CELESTE SUZANNE ADRIAN, be and hereby appointed as the person responsible for performing the duties and responsibilities of the debtor in the proposed Chapter 11 proceeding and authorized to file the petition.

The undersigned does hereby further certify that the foregoing resolution are in full force and effect as of the date hereof.

DATED: Honolulu, Hawaii, March 9, 2016.

CELESTE ADRIAN MD, LLC,
a Hawaii limited liability corporation

By _/s/ CAdrian MD_____
CELESTE SUZANNE ADRIAN
Its Sole Member

| Fill in this information to identify the case: |
|---|
| Debtor name: Celeste Adrian MD LLC |
| United States Bankruptcy Court for the: District of Hawaii (State) |
| Case number (If known): |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bank of America<br>135 S Lasalle St., Ste. 1125<br>Chicago, IL 60603 | Kelly Kampenga<br>312-992-5722<br>kelly.kampenga@bankofamerica.com | Bank Loan<br>(Line of Credit) | -- | -- | -- | 10,532.33 |
| 2 | Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | 800-673-1044 | Credit Card | -- | -- | -- | 9,914.41 |
| 3 | Lending Club<br>71 Stevenson, Suite 300<br>San Francisco, CA 94105 | Monica<br>888-596-4478 x3182<br>collections@mail6.lendingclub.com | Loan | -- | -- | -- | 26,283.48 |
| 4 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Martin Humpert<br>800-829-0115 | Tax- Withholding | -- | -- | -- | 24,711.00 |
| 5 | Akamai Practice Management<br>848 S. Beretania St., Ste. 400<br>Honolulu, HI 96813 | Amamda Errecart<br>808-683-7273<br>aerrecart@akamaipm.com | Professional Services | -- | -- | -- | 4303.21 |
| 6 | TheraCom<br>3101 Gaylord Parkway, 2N-C153<br>Frisco, TX 75034 | Katherine Bushnell<br>888-882-9942<br>katherine.bushnell@icsconnect.com | Trade Debt | -- | -- | -- | 10,447.71 |
| 7 | Department of Taxation State of Hawaii<br>Bankruptcy Unit<br>PO Box 259<br>Honolulu, HI 96809-0259 | Edward Mendiguzo<br>808-984-8502 | Tax- GET and WH | -- | -- | -- | 9,920.86 |
| 8 | PSS McKesson<br>PO Box 749499<br>Los Angeles, CA 90074-9499 | Ashley Carter<br>800-845-3870 x50239<br>ashley.carter@mckesson.com | Trade Debt | -- | -- | -- | 7,494.74 |

adrianli@hotmail.com

147

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Debtor | Celeste Adrian MD LLC | Case number (if known) |
|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  GE Capital  12854 Kenan Drive, Suite 201  Jacksonville, FL 32258 | Anoop Tripathi  888-727-9958 x67617  anoop.tripathi@ge.com | Professional Services | -- | -- | -- | 6476.18 |
| 10  Nicholas Pension Consultants  10933 Trade Center Dr., Ste. 100  Rancho Cordova, CA 95670 | Kristen Emery  916-638-5700  kristen@nicholaspension.com | Professional Services | -- | -- | -- | 5911.22 |
| 11  Paragard Direct  12601 Collections Center Drive  Chicago, IL 60693 | Joshua Foster  800-322-4966 #4  joshua.foster@icsconnect.com | Trade Debt | -- | -- | -- | 5,232.50 |
| 12  Ka Lima O Maui  95 Mahalani Street 19B  Wailuku, HI 96793 | Angela Rudolph  808-244-5502  angela@kalimaomaui.org | Professional Services | -- | -- | -- | 5108.22 |
| 13  Henry Schein  520 South Rock Blvd.  Reno, NV 89502 | Lynette Anninos  866-248-9656 x2242717  lynette.anninos@henryschein.com | Trade Debt | -- | -- | -- | 5015.28 |
| 14  Deborah Daniells and Associates  106 Central Avenue  Wailuku, HI 96793 | Connie Namahoe  808-986-0737  cnamahoe@deborahdaniells.com | Professional Services | -- | -- | -- | 5935.92 |
| 15  State of Hawaii  Dept. of Labor and Industrial Relations  Unemployment Division  54 S. High Street, Room 201  Wailuku, HI 96793 | Employer Services Section  808-984-8410 | Tax- UI | -- | -- | -- | 1,801.44 |
| 16  Hawaii Bio-Waste Systems  1084 Pu'uwai Street  Honolulu, HI 96819 | Marjorie Arellano  808-841-1240  marj@hawaiibiowaste.com | Professional Services | -- | -- | -- | 1,553.11 |
| 17  McKesson Medical Surgical  PO Box 51020  Los Angeles, CA 90051-5320 | Ashley Carter  800-845-3870 x50239  ashley.carter@mckesson.com | Trade Debt | -- | -- | -- | 1,238.85 |
| 18  Hawaiian Telcom- Berry Company  PO Box 790250  St. Louis, MO 63179-0250 | Kendra Bunge  312-288-0585 x2510  berry@arcustomerservice.com | Professional Services | -- | -- | -- | 1,120.94 |
| 19  Physicians Exchange of Honolulu  1360 S. Beretania Street 301  Honolulu, HI 96814 | Billing Department  808-441-4191 | Professional Services | -- | -- | -- | 871.92 |
| 20  Banyan  Dept CH 14388  Palatine, IL 60055 | Josh  425-351-4530  AR@ statkit.com | Trade Debt | -- | -- | -- | 509.73 |

Bank of America
135 S. Lasalle Street Suite 1125
Attention Kelly Kampenga
Chicago, IL 60603


Bank of America Credit Card
PO Box 982238
El Paso, TX 79998-2238


TheraCom
3101 Gaylord Parkway, 2N-C153
Attention Beth Duffell
Frisco, TX 75034


Paragard Direct
12601 Collections Center Drive
Attention Joshua Foster
Chicago, IL 60693


Nicholas Pension Consultants
10933 Trade Center Drive, Suite 100
Attention Kristen Emery
Rancho Cordova, CA 95670


PSSMcKesson
PO Box 749499
Attention Ashley Carter
Los Angeles, CA 90074-9499


McKesson Medical Surgical
PO Box 51020
Attention Ashley Carter
Los Angeles, CA 90051-5320

Ka Lima O Maui
95 Mahalani Street 19B
Attention Angela Rudolph
Wailuku, HI 96793



Henry Schein
520 South Rock Blvd
Attention Lynette Anninos
Reno, NV 89502



GE Capital
12854 Kenan Drive, Suite 201
Attention Kelli Rexrode
Jacksonville, FL 32258



Deborah Daniells and Associates
106 Central Avenue
Wailuku, HI 96793



Akamai Practice Management
848 S. Beretania Street, Suite 400
Attention Amanda Errecart
Honolulu, HI 96813



Alert Alarm
2668 Waiwai Loop
Honolulu, HI 96819



Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Department of Taxation State of Hawaii
PO Box 259
Attention Bankruptcy Unit
Honolulu, HI 96809-0259



Lending Club
71 Stevenson, Suite 300
Attention Monica
San Francisco, CA 94105



HI Dept Labor and Industrial Relations
54 South High St., Rm 201
Attn Unemployment Insurance Division
Wailuku, HI 96793



Physicians Exchange of Honolulu, Inc.
1360 S. Beretania Street 301
Honolulu, HI 96814



Hawaiian Telcom Yellow Pages
PO Box 790250
St. Louis, MO 63179-0250



Hawaii Bio-Waste Systems, Inc.
1084 Pu'uwai Street
Attention Marjorie Arellano
Honolulu, HI 96819



Smith Medical Partners
950 Lively Blvd.
Wood Dale, IL 60191

Banyan
Dept CH 14388
Palatine, IL 60055


George Zakaib
316 Phelps Street
Silverton, OR 97381

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Celeste Adrian MD, LLC | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse, if filing) | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court - District of Hawaii | | |
| Case number (If known) | | |

Local Form H1007-2d (12/15)

## Debtor's Verification of Creditor List

The undersigned debtor certifies under penalty of perjury that all entities included or to be included in schedules D, E/F, G, and H have been listed in the creditor list submitted with this verification. This includes all my creditors, parties to leases and executory contracts, and codebtors.

I also certify that the names and addresses of the listed entities are true and correct to the best of my knowledge.

I understand that I must file an amended creditor list and pay an amendment fee if there are creditors or parties listed in my schedules who have not been included in this list.

/s/ CAdrian MD, Manager
Debtor 1   CELESTE ADRIAN MD, LLC

Dated: 03/09/2016

/s/ _____
Debtor 2

Dated: _____